# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA<br>*Plaintiff*<br><br>vs.<br><br>(1) Pablo Orozco-Vasquez<br>*Defendant* | §<br>§<br>§<br>§  Case Number: SA:22-CR-00550(1)-OLG<br>§<br>§<br>§ |

## ORDER RESETTING PRELIMINARY REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **09:30 AM, in Courtroom D, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Friday, May 24, 2024.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **22nd day of May, 2024.**

_____
**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**